UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,  No. 15-cr-20040
Plaintiff,
v.  Hon. Judith E. Levy

Jimmy Joseph McWherter,
Defendant.

_____/

**Exhibit index**

1) BOP Public Information Inmate Data

2) BOP RIS Request

3) BOP RIS Denial

4) Sealed

5) Sealed

6) Sealed