```
 CSTAG           *          PUBLIC INFORMATION           *     01-19-2021
PAGE 001         *             INMATE DATA               *     16:25:06
                            AS OF 01-19-2021


REGNO..: 51518-039 NAME: MCWHERTER, JIMMY JOSEPH

                      RESP OF: LOR
                      PHONE..: 814-472-4140    FAX: 814-471-1507
                                               RACE/SEX...: WHITE / MALE
                                               AGE:  43
PROJ REL MT: GOOD CONDUCT TIME RELEASE         PAR ELIG DT: N/A
PROJ REL DT: 12-11-2022                        PAR HEAR DT:




G0002       MORE PAGES TO FOLLOW . . .
```

```
  CSTAG            *          PUBLIC INFORMATION         *      01-19-2021
PAGE 002           *             INMATE DATA             *      16:25:06
                              AS OF 01-19-2021


REGNO..: 51518-039 NAME: MCWHERTER, JIMMY JOSEPH

                   RESP OF: LOR
                   PHONE..: 814-472-4140   FAX: 814-471-1507
HOME DETENTION ELIGIBILITY DATE: 07-22-2022

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  12-11-2022 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION..........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER..................: 0645 5:15CR20040 (4)
JUDGE..........................: LEVY
DATE SENTENCED/PROBATION IMPOSED: 04-13-2017
DATE COMMITTED.................: 08-14-2019
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $200.00         $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846,841(A)(1) & 841(B)(1)(A)(VII) CONSPIRACY TO PWITD &
         DISTRIBUTE MARIJUANA OVER 1,000 KILOGRAMS CT 1; 18:1956(H)
         1956(A)(1)(A)(I),1956(A)(1)(B)(I)-(II) AND 1957 CONSPIRACY TO
         LAUNDER MONETARY INSTRUMENTS CT 3

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    65 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 NEW SENTENCE IMPOSED...........:    47 MONTHS
 BASIS FOR CHANGE...............: COURT ORDER MODIFYING SENTENCE
 DATE OF OFFENSE................: 01-27-2015




G0002       MORE PAGES TO FOLLOW . . .
```

```
  CSTAG         *         PUBLIC INFORMATION         *      01-19-2021
PAGE 003        *            INMATE DATA             *      16:25:06
                          AS OF 01-19-2021


REGNO..: 51518-039 NAME: MCWHERTER, JIMMY JOSEPH

                    RESP OF: LOR
                    PHONE..: 814-472-4140   FAX: 814-471-1507
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-10-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-24-2020 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 08-14-2019
TOTAL TERM IN EFFECT............:    47 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS     11 MONTHS
EARLIEST DATE OF OFFENSE........: 01-27-2015

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     02-03-2010   02-03-2010
                                     10-16-2015   10-16-2015
                                     04-27-2018   04-27-2018

TOTAL PRIOR CREDIT TIME.........: 3
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 211
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 12-11-2022
ELDERLY OFFENDER TWO THIRDS DATE: 03-21-2022
EXPIRATION FULL TERM DATE.......: 07-10-2023
TIME SERVED.....................:     1 YEARS      5 MONTHS       9 DAYS
PERCENTAGE OF FULL TERM SERVED..:  36.9
PERCENT OF STATUTORY TERM SERVED:  43.3




G0002       MORE PAGES TO FOLLOW . . .
```

```
   CSTAG           *        PUBLIC INFORMATION         *      01-19-2021
PAGE 004 OF 004 *              INMATE DATA            *       16:25:06
                            AS OF 01-19-2021

REGNO..: 51518-039 NAME: MCWHERTER, JIMMY JOSEPH

                       RESP OF: LOR
                       PHONE..: 814-472-4140    FAX: 814-471-1507

PROJECTED SATISFACTION DATE.....: 12-11-2022
PROJECTED SATISFACTION METHOD...: GCT REL




S0055         NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```