UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

The United States of America,

                Plaintiff,        Case No. 15-20040

v.                                   Judith E. Levy
                                   United States District Judge

Jimmy Joseph McWherter,
                                   Mag. Judge Elizabeth A. Stafford

                Defendant.

_____/

**ORDER GRANTING IN PART MOTION FOR RECONSIDERATION [273] AND DENYING MOTIONS FOR IMMEDIATE RULING AS MOOT [281, 282]**

This case is before the Court on Defendant's motion for reconsideration. (ECF No. 273.) On February 3, 2021, a hearing was held by video conference and Defendant appeared by telephone. For the reasons set forth on the record, Defendant's motion for reconsideration is GRANTED IN PART. Defendant's motions for immediate ruling (ECF No. 281, 282) are denied as moot.

Defendant is released under the conditions set forth on the record and contained in the Amended Judgment.

IT IS SO ORDERED.

Dated: February 3, 2021      s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 3, 2021.

    s/William Barkholz
    WILLIAM BARKHOLZ
    Case Manager